1    JEFFREY M. JUDD (SBN 136358)
     JUDD LAW GROUP LLP
2    1 Embarcadero Center, Suite 2820
     San Francisco, California 94111
3    Telephone: 415.597.5500
     Facsimile: 888.308.7686
4    Email: jeff@juddlawgroup.com

5    Attorneys for YRC INC.

6

7

8
                        UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT CALIFORNIA
10

11   IN RE: CATHODE RAY TUBE (CRT)          Master File No. CV-07-5944-JST
     ANTITRUST LITIGATION
12                                           MDL No. 1917
     This Document Relates to:
13
     Electrograph Sys., Inc. et al. v. Technicolor, SA,
14   et al., No. 13-CV-05724;                TERMINATION OF LIEN AND
                                             WITHDRAWAL OF NOTICE OF LIEN
15   Electrograph Sys., Inc., et al. v. Hitachi, Ltd., et   AGAINST ELECTROGRAPH SYSTEMS, INC.
     al., No. 11-CV-01565.                   BY YRC INC.
16

17

18        COMES NOW YRC INC. by and through its undersigned counsel and terminates its lien filed

19   against Electrograph Systems, Inc. and withdraws the Notice of Line (Document No. 2647), filed on

20   June 25, 2014.

21   Dated: November 15, 2016              JEFFREY M. JUDD (SBN 136358)
                                           JUDD LAW GROUP LLP
22

23
                                           By:
24                                             Jeffrey M. Judd

25                                             Attorneys for YRC Inc.

26

27

28